JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-02018-JHN-JC | Date | March 19, 2012 |
|---|---|---|---|
| Title | U.S. Bank National Association v. Liana Munden et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **ORDER REMANDING ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT    (IN CHAMBERS)**

Plaintiff commenced an unlawful detainer action in the Los Angeles County Superior Court December 17, 2010.  (Notice of Removal, Ex. C.)  Thereafter, Defendant removed the action to this Court on January 13, 2012.  *See U.S. Bank National Ass'n v. Liana Munden et al.*, 2:12-cv-00340-JHN-AJW ("*Munden I*").  On January 23, 2012, the Court *sua sponte* remanded the case to the state court for lack of federal question and diversity jurisdiction.  (*Munden I*, Docket No. 3.)  On March 9, 2012, Defendant *again* removed the action to this Court.  (Docket No. 1.)  For the reasons discussed in the Court's remand order in *Munden I*, the Court lacks subject matter jurisdiction over this action.

Accordingly, the Court REMANDS this case to the Los Angeles County Superior Court. As the Court explained in its prior order, the Court does not have jurisdiction to hear this case.  The Court admonishes Defendant that further removal of the same unlawful detainer action may result in the imposition of monetary sanctions.[1]

**IT IS SO ORDERED.**

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

---

[1] Defendant also filed an Ex Parte Application for a Temporary Restraining Order. (Docket No. 7.)  Because the Court does not have jurisdiction in this matter, it declines to rule on the Application.

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-02018-JHN-JC | Date | March 19, 2012 |
|---|---|---|---|
| Title | U.S. Bank National Association v. Liana Munden et al | | |